___ FILED     ___ ENTERED
___ LOGGED    ___ RECEIVED

8:06 am, Oct 25 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF JOSEPH ROBINSON WITH A 1999 YEAR OF BIRTH AND FBI NUMBER ENDING IN T5K5 | Case No. 23-2546-ADC <br><br> **Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR SEARCH WARRANT**

I, Special Agent Francisco M. Rego of the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

**INTRODUCTION**

1. I make this Affidavit in support of an application for a search warrant to obtain samples of DNA for comparison purposes in the form of hair and saliva from the person of Joseph ROBINSON, a male born in 1999 and assigned an FBI number ending in T5K5. ROBINSON is approximately six feet, one inch tall, weighs approximately 160 pounds, and has brown eyes and black hair. A photograph of ROBINSON is attached as Attachment A to this affidavit. ROBINSON is currently being held on state custody within the District of Maryland.

2. I seek to seize this evidence in relation to an investigation of the following violations: possession with the intent to distribute controlled substances in violation of 21 U.S.C. § 841(a)(1); possession of a firearm in furtherance of a drug-trafficking crime in violation of 18 U.S.C. § 924(c); possession of a firearm by a prohibited person in violation of 18 U.S.C. § 922(g); and possession of a stolen firearm in violation of 18 U.S.C. § 922(j) (the "SUBJECT OFFENSES").

3. The applied-for warrant would authorize members of the FBI, or their authorized

representatives, including but not limited to other law enforcement agents assisting in the above-described investigation, to obtain Deoxyribonucleic Acid ("DNA") contained within hair and saliva samples from ROBINSON, specifically Buccal (oral) swabs of the inside of ROBINSON's mouth limited to the extent where sufficient samples of DNA are obtained.

4. The statements made in this Affidavit are based on my own personal knowledge, information provided to me by other law enforcement officers and/or law enforcement reports, information I received from law enforcement databases, including the National Criminal Information Center ("NCIC") and Maryland Judiciary Case Search, and my training and experience.

5. Because I submit this Affidavit for the limited purpose of establishing probable cause for a search warrant, I have not included all the facts I know concerning this investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause. I have not, however, excluded any information known to me that would defeat a determination of probable cause.

## AFFIANT BACKGROUND

6. I am "an investigative or law enforcement officer" of the United States within the meaning of Rule 41 of the Federal Rules of Criminal Procedure.

7. I have been a Special Agent with the FBI since July 2017. Since May 2018, I have been assigned to the FBI's Safe Streets Task Force in Baltimore, which investigates violations of federal drug and firearms statutes. I have been responsible for investigations into various unlawful activities, including drug trafficking, firearms offenses, gang activity, and violent crime occurring in the District of Maryland. I have authored, executed, and/or participated in search and seizure warrants based on criminal activity including drug trafficking, firearms offenses, and racketeering

conspiracy. I have arrested and/or participated in the arrest of individuals for violations of state and federal drug and firearms statutes. I have also received specialized training in the area of illegal narcotics.

8. Based on my training, knowledge, experience, and conversations with other law enforcement officers, I am familiar with the manner in which subjects involved with illegal drugs will often engage in other violent behavior, such as robbery or assaults, in order to continue to build the enterprise and have monetary gains to contribute. I am familiar with the manner in which illegal drugs are transported, stored, and distributed; the possession and use of firearms in connection with trafficking of such drugs; and the methods by which narcotics traffickers collect, store, and conceal the proceeds of their illegal activities.

9. I know that drug dealers commonly possess firearms when dealing controlled substances for the purposes of protecting themselves, protecting their product and money, and for use against other drug dealers imposing on their established distribution territory.

10. I know that drug trafficking is an ongoing and recurring criminal activity. As contrasted with crimes against persons, which tend to be discrete offenses, drug trafficking is an illicit commercial activity that is characterized by regular, repeated criminal activity.

## **PROBABLE CAUSE**

11. On October 13, 2022, the District Court of Maryland for Baltimore County issued an arrest warrant for Joseph ROBINSON on Maryland state criminal charges. On October 26, 2022, a Baltimore Police Department detective, assigned to the Mobile Metro Unit (MMU), was conducting traffic and proactive enforcement duties in the BPD Southern District, which includes the Cherry Hill neighborhood of Baltimore City, Maryland, due to an uptick in violence in the area and information of a planned retaliatory shooting at the Cherry Hill Shopping Center. The

detective observed a group of unknown males standing around a gray 2003 Honda Accord with Maryland license plate 4FC3147, which had expired in September 2022, parked on the even-numbered side of the 2500 block of Terra Firma Road.  Once the group of unknown males noticed the detective's unmarked police vehicle, they began to walk away from the Honda (4FC3147).  The detective proceeded to drive around the block and identified movement inside the vehicle, which prompted him to conduct a registration check of tag number 4FC3147 through the Maryland Motor Vehicle Administration (MVA).  The BPD detective found ROBINSON was the registered owner of 4FC3147 but that ROBINSON only had a Maryland Learner's Permit and no driver's license.

12. The officer verified ROBINSON's name through a law enforcement database, which revealed an open arrest warrant from the Baltimore County Police Department.  The detective identified one of the unknown males near 4FC3147 as ROBINSON[1], and proceeded to notify other members of his unit, who were co-located in the area.  ROBINSON was ultimately located and placed under arrest.  ROBINSON advised he only had marijuana on his person.

13. Officers conducted a search of ROBINSON's person.  The following items were seized from ROBINSON's person:  a black satchel with the contents of a small plastic bag and

---

[1] The detective's statement of probable cause states that he identified ROBINSON from a photograph obtained via a computer check.  Although the detective's body worn camera does not show the photograph being pulled up on his computer screen in his vehicle, FBI investigators are able to see from portions of the body-worn camera footage that the detective was using a law enforcement computer program that does provide photographs of suspects.  FBI investigators have also spoken to the detective in addition to reviewing the statement of probable cause.  Based on FBI investigators' awareness of the computer program in question and speaking with the detective, investigators believe that the detective did obtain a photograph of ROBINSON, but that the body worn camera footage simply did not capture the moment when the photograph was on the detective's screen.

seven clear plastic tubes also referred to as "jugs," all containing a green plant-like substance, suspected marijuana; an attached carabiner to the satchel containing a Honda vehicle key; and a cellular phone.

14. Following ROBINSON's arrest, MMU canine officers and their canine (which was trained to detect the scent of narcotics including cocaine, heroin, and MDMA[2]) were directed to conduct a scan of the Honda, 4FC3147. The canine units were already co-located on scene as the entire Cherry Hill Shopping Center area had been boosted with law enforcement presence in an attempt to stop any additional violence. The BPD canine conducted an external scan of the Honda Accord and alerted to the passenger side of the Honda Accord. Following the positive canine alert on the Honda Accord, BPD officers conducted a probable cause search of the vehicle by utilizing the Honda vehicle key obtained from ROBINSON's person to access the vehicle.

15. ROBINSON was standing with two detectives about a half block from the vehicle and alerted for some of the people he was with to start recording the situation, which prompted two unknown females and an unknown male to approach in an attempt to distract law enforcement by asking questions and recording the search.

16. During the search, BPD officers recovered the following items from the Honda Accord:

   a. One Glock 43 9mm pistol with serial number ADZD909, loaded with 8 total rounds of 9 mm ammunition in a magazine, with one round of ammunition

---

[2] The drug ultimately found in the vehicle was suspected marijuana. However, the canine's alert suggests that narcotics were in the car at some point. The alert did provide the searching officers with probable cause to search the vehicle. Your affiant would also submit that the recovery of drug evidence from the defendant at the time of his arrest, his possession of the vehicle key, and his proximity during the timeframe to his own vehicle also provided probable cause for the search of the vehicle.

in the chamber, located in the center console.

b. One State of Maryland Learner's Permit for Joseph ROBINSON, also located in the center console.

c. One large clear plastic bag filled with a green plant like substance, suspected to be marijuana, weighing approximately 407 grams, located in a green backpack on the rear seat. As of this writing, the suspected marijuana has not been analyzed. FBI anticipates making arrangements for laboratory analysis of the marijuana.

d. Four empty clear black top jugs located in a green backpack on the rear seat. The jugs from the car were similar to those found on ROBINSON's person, except that the jugs from the car were empty and did not contain marijuana.

17. Photographs[3] of the evidence in question are below:

---

[3] Not all of the recovered evidence appears in the photographs. The empty jugs, for example, were submitted as general evidence and did not have to be photographed as part of their submission to evidence.




*Marijuana and Firearms Evidence*

18.     While ROBINSON was being transported to Central Booking Intake Facility, the detective verified the active arrest warrant with Baltimore County Police Department's Record desk, who advised it was still current, and it had been sent over to BPD's records unit.  The detective followed up with BPD to get a copy of the warrant for booking.

19.     Based on my training, knowledge, experience, and the evidence obtained from the arrest of ROBINSON, I believe that ROBINSON was in possession of a controlled substance for distribution to customers in and around the vicinity of the Cherry Hill Town Center.  The amount of suspected marijuana found along with the packaging materials in the vehicle is indicative of

distribution. Additionally, the same packaging materials with suspected marijuana was removed from ROBINSON, which indicates the purpose of the materials to be sold in more confined quantities. I know that the area in and around the Cherry Hill Town Center is an open-air drug market, where drug dealers sell various types of controlled substances to their customers.

20. As the Honda Accord was registered to ROBINSON, and ROBINSON's learner's permit was located in the center console along with the firearm, I believe that ROBINSON possessed the firearm and the suspected marijuana officers found in the car. As discussed above, firearms are often maintained by drug-dealers for various purposes, and the storage of a firearm in a vehicle along with controlled substances is consistent with the possession of a firearm in furtherance of drug-trafficking.

21. BPD officers contacted the Maryland State Police Gun Center and provided information for the Glock 43 pistol that was recovered from the Honda Accord. The Maryland State Police Gun Center reported that the Glock 43 9mm pistol with serial number ADZD909 was reported stolen out of Richland County, South Carolina on January 16, 2021. Through my knowledge and training, Glocks are not manufactured in Maryland. FBI investigators have reviewed body-worn camera images of the Glock recovered in this case and it appears to be a firearm, designed to or capable of expelling a projectile by the action of an explosive. The weapon was also loaded with ammunition as well.

22. BPD Firearms Analysis Unit personnel test fired the Glock 43 pistol recovered from ROBINSON's vehicle and determined that the firearm was operable.

23. Based on a review of ROBINSON's criminal history, ROBINSON is prohibited from possessing a firearm and ammunition for the following convictions in the State of Maryland that are punishable by more than one year in prison:

  a. On March 2, 2018, ROBINSON was convicted in the Circuit Court of Maryland for Baltimore City for possession of a regulated firearm by a restricted person and sentenced to five years of probation after conviction.

  b. On October 9, 2020, ROBINSON was convicted in the Circuit Court of Maryland for Baltimore City for possession with intent to distribute narcotics and sentenced to four years of probation after conviction. The location of ROBINSON's arrest on October 21, 2019, that led to this conviction, was on the 600 block of Cherry Hill Road, which is about one block from where BPD officers arrested ROBINSON on October 26, 2022.

24. On April 19, 2023, United States Magistrate Judge J. Mark Coulson, of the United States District Court for the District of Maryland, signed a criminal complaint charging ROBINSON with violations of 21 U.S.C. § 841(a)(1), possession with the intent to distribute marijuana; 18 U.S.C. § 924(c), possession of a firearm in furtherance of a drug-trafficking crime; and 18 U.S.C. § 922(g), possession of a firearm by a prohibited person. On July 6, 2023, ROBINSON was in criminal case number JRR-23-0116 for conspiracy to distribute controlled substances in violation of 21 U.S.C. § 846 (the indictment in question had previously been returned with respect to three other co-defendants, and ROBINSON was charged in a superseding indictment).

25. On June 16, 2023, ROBINSON was taken into federal custody pursuant to a federal arrest warrant. At his initial appearance, ROBINSON was granted home confinement. ROBINSON was subsequently taken back into state custody in connection with a violation of probation warrant. As of this writing, your affiant's understanding is that ROBINSON is in state custody. Your affiant inquired on ROBINSON's status with Maryland's online system for locating

detained persons, and that inquiry indicated that ROBINSON is in custody at the Baltimore Central Booking and Intake facility at this time.

26. Based on my training, knowledge, experience, evidence recovered from ROBINSON's arrest, and ROBINSON's criminal history, I believe that the firearm recovered in ROBINSON's vehicle during his arrest was possessed by ROBINSON and that his DNA was transferred onto the firearm when he possessed it. The requested search warrant would authorize law enforcement to obtain a sample of ROBINSON's DNA which would then be available for comparison against possible DNA samples from the firearm. Your affiant's understanding is that BPD did swabs from the firearm for possible DNA and that the swabs are available for comparison analysis.

## **CONCLUSION**

27. I submit that this affidavit supports probable cause for a search warrant authorizing members of the FBI, or their authorized representatives, including but not limited to other law enforcement agents assisting in the above described investigation, to obtain DNA samples from ROBINSON, so that the DNA samples may be compared to evidence collected during the course of this investigation.

28. I respectfully request that the court issue a search warrant for Joseph ROBINSON, as described in Attachment A, for the purpose of collecting his DNA.

Respectfully submitted,

_____
Francisco M. Rego
Special Agent, Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. P. 4.1 and 41(d)(3) on October __3rd__, 2023.

*A. David Copperthite*
_____
Hon. A. David Copperthite
United States Magistrate Judge

11